In the Matter of the Claim of COMMISSIONER OF TAXATION AND FINANCE against GLEASNER COMPRESSED AIR SUPPLY AND EQUIPMENT COMPANY, INC., et al., Respondents.

STATE INDUSTRIAL BOARD, Appellant.

(Argued November 21, 1935; decided December 10, 1935.)

*John J. Bennett, Jr.,* Attorney-General (*Hector A. Robichon* of counsel), for appellant.

*Frank Gibbons* for respondents.

Order affirmed, with costs against the State Industrial Board; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.   Not sitting: O'BRIEN, J.